IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SAMUEL MULLET, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Case No. 2:08-CV-00857 |
| : | |
| JEFFERSON COUNTY SHERIFF'S : | JUDGE ALGENON L. MARBLEY |
| DEPARTMENT/OFFICE, et al., : | |
| : | Magistrate Judge King |
| Defendants. : | |
| : | |

**ORDER**

This matter comes before the Court on Defendant Jefferson County Sheriff's Department/Office's ("Sheriff's Department") Motion to Dismiss. (Doc. No. 15.) On December 8, 2008, Defendant filed its Motion to Dismiss addressed to Plaintiffs' complaint. On May 14, 2009, this Court granted Plaintiffs leave to file their amended complaint, which Plaintiff filed shortly thereafter. Based on that filing, the Sheriff's Department's Motion to Dismiss addressed to Plaintiffs' original complaint (doc. no. 15) is **MOOT**. The Sheriff's Department filed a second motion to dismiss addressed to Plaintiffs' amended complaint on July 8, 2009. (Doc. No. 29.) That motion, once ripe, will be decided in the normal course of the Court's business.

    **IT IS SO ORDERED.**

                                                         s/Algenon L. Marbley
                                                        **ALGENON L. MARBLEY**
                                                        **UNITED STATES DISTRICT JUDGE**

**DATED: July 9, 2009**